UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN RADIOLOGY INSTITUTE,
PLLC, D/B/A M1 MRI,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

Case No. 24-cv-11057

HON. MARK A. GOLDSMITH

## ORDER GRANTING MOTION TO REMAND (Dkt. 17)

Before the Court is a motion to remand (Dkt. 17) filed by Plaintiff Michigan Radiology Institute, PLLC. Defendant Allstate Insurance Company has not filed a response. Because this case no longer meets the amount in controversy requirement for diversity jurisdiction, see Am. Compl. at 7 (Dkt. 16), the Court grants the motion (Dkt. 17) and remands this case to state court.

      SO ORDERED.

Dated: September 11, 2024         s/Mark A. Goldsmith
    Detroit, Michigan             MARK A. GOLDSMITH
                                United States District Judge